In the Matter of the Petition of PATRICK W. CULLINAN, as State Commissioner of Excise, Respondent, for the Cancellation of Liquor Tax Certificate No. 22,024, Issued to M. STRAUSS and Transferred to VICTOR STREICHER, Appellants.

*Matter of Cullinan (Strauss)*, 97 App. Div. 630, affirmed.
(Argued February 20, 1905; decided March 17, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered September 30, 1904, which affirmed an order of Special Term revoking and canceling a liquor tax certificate.

*Uriah W. Tompkins* for appellants.

*Herbert H. Kellogg* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL S. GARVEY, Respondent, *v.* JOHN N. PARTRIDGE, as Police Commissioner of the City of New York, Appellant.

(Submitted March 13, 1905; decided March 17, 1905.)

Motion for reargument denied, with ten dollars costs. (See 180 N. Y. 237.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES D. BLATCHFORD, Appellant, *v.* WILLIAM McADOO, as Police Commissioner of the City of New York, et al., Respondents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD E. DOONAN, Appellant, *v.* WILLIAM McADOO, as Police Commissioner of the City of New York, et al., Respondents.

(Submitted March 13, 1905; decided March 17, 1905.)

Motion to set aside and open orders dismissing appeals granted in each case. (See 180 N. Y. 563.)